**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

*Attorneys for Plaintiff Robert Tauler*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAULER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECORD PRESS, INC., a New York domestic business corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-08817-MCS-BFM<br><br>*Assigned to Hon. Mark C. Scarsi*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:    October 12, 2024 |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 40-2, Plaintiff Robert Tauler ("Plaintiff") hereby notifies this Honorable Court that the parties have reached an agreement to settle this case. The parties' settlement agreement provides for this case to be dismissed (i) with prejudice as to Plaintiff's individual claims, and (ii) without prejudice as to the class allegations. *See* Judge Virginia A. Phillips, *et al.*, Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial Ch. 10-C ¶ 10:790 (2022 ed.) ("Cases filed as purported class actions often settle *without having been certified* as such. The settlement agreement may provide only for the named plaintiffs' individual claims and require the class action allegations to be dismissed without prejudice. There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (emphasis in original) (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

The parties, through counsel, are working cooperatively to consummate a long-form settlement agreement. The parties anticipate filing a stipulation for dismissal within 20 days.

DATED: December 13, 2024            Respectfully submitted,

**KJC LAW GROUP, A.P.C.**


By:    */s/ Kevin J. Cole*
              Kevin J. Cole

              *Attorneys for Plaintiff*
              *Robert Tauler*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all parties of record via the Court's CM/ECF system.

DATED:  December 13, 2024                    Respectfully submitted,


**KJC LAW GROUP, A.P.C.**


By:    */s/ Kevin J. Cole*
        Kevin J. Cole

        *Attorneys for Plaintiff*
        *Robert Tauler*

2