**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

*Attorneys for Plaintiff Robert Tauler*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAULER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECORD PRESS, INC., a New York domestic business corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-08817-MCS-BFM<br><br>*Assigned to Hon. Mark C. Scarsi*<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   October 12, 2024 |

REQUEST FOR DISMISSAL WITH PREJUDICE

Plaintiff Robert Tauler ("Plaintiff"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. *See* Judge Virginia A. Phillips, *et al.*, Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

DATED: December 16, 2024            Respectfully submitted,

**KJC LAW GROUP, A.P.C.**

By:   */s/ Kevin J. Cole*
      Kevin J. Cole

      *Attorneys for Plaintiff*
      *Robert Tauler*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all parties of record via the Court's CM/ECF system.

DATED: December 16, 2024					Respectfully submitted,

**KJC LAW GROUP, A.P.C.**

By:	*/s/ Kevin J. Cole*
	Kevin J. Cole

*Attorneys for Plaintiff
Robert Tauler*